JACK G. ANGARAN
Nevada Bar No. 711
BRANDON D. WRIGHT
Nevada Bar No. 13286
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
Brandon.Wright@lewisbrisbois.com
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: 775.827.6440
Facsimile: 775.827.9256
Jack.Angaran@lewisbrisbois.com
Brandon.Wright@lewsibrisbois.com

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| LESLIE ANNE MAKO, individually,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign Corporation dba COSTCO WHOLESALE #25; DOE EMPLOYEE, an individual; DOES 1-10 does; ROE CORPORATIONS 11-20; and ABC LIMITED LIABILITY COMPANIES 21-30,<br><br>　　　　Defendants. | Case No. 3:21-cv-00041MMD-CLB<br><br>**STIPULATION AND [PROPOSED ORDER] TO REMAND** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant COSTCO WHOLESALE CORPORATION (hereinafter "COSTCO") and Plaintiff LESLIE ANNE MAKO and their respective counsel of record that:

- This matter be remanded back to proceed in the Washoe County District Court; and

- That Plaintiff waive, forgo, and/or abandon her request for attorneys' fees, costs, and all other actual or potential expenses as requested in Plaintiff's Motion for Remand.

- That Plaintiff's Motion to Remand is Moot given this Stipulation and COSTCO need not respond.

4848-4688-9694.1

IT IS SO STIPULATED:

| | |
|---|---|
| DATED this 25 day of February, 2021. | DATED this 25 day of January, 2021. |
| NETTLES MORRIS | LEWIS BRISBOIS BISGAARD & SMITH |
| By: /s/ Victoria Allen | By: /s/ Brandon Wright |
| BRIAN D, NETTLES, Nevada Bar No. 07462 | JACK G. ANGARAN Nevada Bar No. 711 |
| CHRISTIAN M. MORRIS, Nevada Bar No. 11218 | BRANDON D. WRIGHT Nevada Bar No. 13286 |
| VICTORIA R. ALLEN Nevada Bar No. 15005 | 5555 Kietzke Lane, Suite 200 Reno, Nevada 89511 |
| 1389 Galleria Drive, Suite 200 Henderson, Nevada 89014 | Attorneys for Defendant, COSTCO WHOLESALE CORPORATION |
| Attorney for Plaintiff LESLIE ANNE MAKO | |

IT IS SO ORDERED:

Dated 26th day February 2021

_____
United State District Court Judge

4848-4688-9694.1

2